Matter of Robbins (2023 NY Slip Op 02127)

Matter of Robbins

2023 NY Slip Op 02127

Decided on April 26, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 26, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
CHERYL E. CHAMBERS, JJ.

2014-11684 ON MOTION

[*1]In the Matter of Gary John Robbins, a suspended attorney. Grievance Committee for the Tenth Judicial District, petitioner; Gary John Robbins, respondent. (Attorney Registration No. 2834919)

DECISION & ORDER
Motion by Gary John Robbins for reinstatement to the Bar as an attorney and counselor-at-law. Robbins was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on August 20, 1997. By opinion and order of this Court dated May 18, 2016, Robbins was suspended from the practice of law for a period of six months, effective June 20, 2016 (Matter of Robbins, 141 AD3d 14). By decision and order on motion of this Court dated October 21, 2020, Robbins's motion for reinstatement was held in abeyance and the matter was referred to a Committee on Character and Fitness to investigate and report on his character and fitness to practice law.
Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness, it is
ORDERED that the motion is granted; and it is further,
ORDERED that, effective immediately, Gary John Robbins is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Gary John Robbins to the roll of attorneys and counselors-at-law.
LASALLE, P.J., DILLON, DUFFY, BARROS and CHAMBERS, JJ., concur.
ENTER: Maria T. Fasulo
Clerk of the Court